UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 04 B 20388
   EDWARD P SANDERS
   ELIZABETH K SANDERS                     CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-6803    SSN XXX-XX-5000
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/26/04 and confirmed on 10/08/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 95170.38 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTH COMMUNITY BANK | SECURED | 9366.22 | 971.95 | 9366.22 |
| EMC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 38280.09 | .00 | 38280.09 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10959.92 | 1318.99 | 10959.92 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4250.97 | 515.46 | 4250.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2239.40 | 275.85 | 2239.40 |
| DISCOVER BANK | UNSECURED | 4767.33 | 583.42 | 4767.33 |
| DISCOVER BANK | UNSECURED | 4923.30 | 602.00 | 4923.30 |
| ROUNDUP FUNDING LLC | UNSECURED | 188.94 | 23.09 | 188.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 337.55 | 41.00 | 337.55 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2688.12 | 328.54 | 2688.12 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 47646.31 | .00 | 30355.53 | .00 | 78001.84 |
| PRINCIPAL PAID | 47646.31 | .00 | 30355.53 | .00 | 78001.84 |
| INTEREST PAID | 971.95 | .00 | 3688.35 | .00 | 4660.30 |
| TOTAL PAID | 48618.26 | .00 | 34043.88 | .00 | 82662.14 |

The Debtor's attorney, LEGAL HELPERS PC        , was allowed $  2700.00 and was paid $  1000.00  direct and $  1700.00  through the plan.

The Trustee received $  3755.90 .

Refunds to the Debtor totaled $  7052.34 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE  2
        CASE NO. 04 B 20388 EDWARD P SANDERS & ELIZABETH K SANDERS